IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL J. SULLIVAN,<br><br>    Plaintiff. | No. C 12-03360 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND COMPLETE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 4) |

    On June 28, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.)

    Plaintiff has filed a motion requesting an extension of time to file a complaint and complete IFP application. (Docket No. 4.) Good cause appearing, the motion is GRANTED. Plaintiff shall submit a complaint and the missing Certificate of Funds in Prisoner's Account to complete his IFP application **within thirty (30) days** of the date this order is filed. **Failure to file a response in accordance with this court order in the**

1  **time provided will result in the dismissal without prejudice of this action without**
2  **further notice to Plaintiff.**
3      This order terminates Docket No. 4.

5  DATED: 8/3/2012

                                    EDWARD J. DAVILA
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE MICHAEL J. SULLIVAN,

    Plaintiff.

Case Number: CV12-03360 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/7/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Sullivan V 60931
Kern Valley State Prison
P. O. Box 5104
Delano, CA 93216

Dated:  8/7/2012

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk