1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL J. SULLIVAN,                          1:12-cv-01662-AWI-GSA (PC)

12              Plaintiff,

13         v.                                        ORDER DENYING MOTION FOR
                                                     APPOINTMENT OF COUNSEL
14    M.D. BITER, et al.,
                                                     (Document #38)
15              Defendant.

16

17         On March 3, 2014, plaintiff filed a motion seeking the appointment of counsel.  Plaintiff

18    does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113

19    F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff

20    pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern

21    District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).   However, in certain

22    exceptional circumstances the court may request the voluntary assistance of counsel pursuant to

23    section 1915(e)(1).  Rand, 113 F.3d at 1525.

24         Without a reasonable method of securing and compensating counsel, the court will seek

25    volunteer counsel only in the most serious and exceptional cases.   In determining whether

26    "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27    of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28    complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

1

1    In the present case, the court does not find the required exceptional circumstances.  At this

2   early stage in the proceedings, the court cannot make a determination that plaintiff is likely to

3   succeed on the merits.  Plaintiff's first amended complaint was dismissed on September 16, 2003,

4   for failure to state a claim, with leave to amend, and Plaintiff has not filed the second amended

5   complaint.  (Doc. 30.)  No other parties have yet appeared.  Moreover, based on a review of the

6   record in this case, the court finds that plaintiff is responsive, adequately communicates, and is

7   able to articulate his claims.  <u>See</u> First Amended Complaint, Doc. 28.  Therefore, plaintiff's

8   motion shall be denied without prejudice to renewal of the motion at a later stage of the

9   proceedings.

    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

10  DENIED, without prejudice.

11

12  IT IS SO ORDERED.

13   Dated:   **March 14, 2014**                    **/s/ Gary S. Austin**

14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2