UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | 1:12-cv-01662-AWI-EPG-PC<br><br>ORDER STRIKING PLAINTIFF'S OBJECTIONS FOR LACK OF SIGNATURE (ECF No. 66.)<br><br>ORDER GRANTING PLAINTIFF TWENTY DAYS TO FILE OBJECTIONS BEARING HIS SIGNATURE<br><br>TWENTY-DAY DEADLINE |

Michael J. Sullivan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case on June 6, 2012, at the United States District Court for the Northern District of California. (ECF No. 1.)  The case was transferred to the Eastern District of California on October 9, 2012. (ECF No. 16.)

On June 6, 2016, Plaintiff filed Objections to the Court's Findings and Recommendations entered on February 17, 2016. (ECF No. 66.)  The Objections are not signed by Plaintiff.  All filings submitted to the Court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Plaintiff's Objections shall be stricken from the record for lack of signature.  Plaintiff shall be granted twenty days in which to file Objections bearing his signature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to the Findings and Recommendations, filed on June 6, 2016, are STRICKEN from the record for lack of Plaintiff's signature; and
2. Plaintiff is granted twenty days from the date of service of this order in which to file Objections bearing his signature.

IT IS SO ORDERED.

Dated: **June 13, 2016**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE