UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | 1:12-cv-01662-AWI-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 60.)<br><br>ORDER FOR THIS CASE TO PROCEED ONLY AGAINST DEFENDANTS CHEN, PATEL AND MARCHIANO FOR DELIBERATE INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

Michael J. Sullivan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2016, the Magistrate Judge entered findings and recommendations, recommending that this action proceed only against defendants Dr. Chen, Dr. Marchiano, and Dr. Patel, on Plaintiff's claims for deliberate indifference to Plaintiff's medical needs, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted under §1983 or the Americans with Disabilities Act (ADA). (ECF No. 60.) On June 23, 2016, Plaintiff filed objections to the findings and recommendations. (ECF No. 68.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Based on the foregoing, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 17, 2016, are adopted in full;

2. This case now proceeds only against defendants Dr. Chen, Dr. Marchiano, and Dr. Patel, on Plaintiff's claims for deliberate indifference to Plaintiff's medical needs;

3. All other claims and defendants are dismissed from this action based on Plaintiff's failure to state a claim;

4. Plaintiff's due process claims, equal protection claims, claims under the ADA, claims for deficient appeals process, supervisory liability claims, and claims under <u>Plata</u> are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted;

5. Defendants Matthew Cates, J. Clark Kelso, Y. Aguila, M. Shea, M. D. Biter, Sherry Lopez, Dr. O. Ogun, Dr. M. Spaeth, R. Michael Hutchinson, J. Lewis, Dr. Lozovoy, and various Jane and John Does are dismissed from this action based on Plaintiff's failure to state any claims against them;

6. The Clerk is directed to reflect the dismissal of all defendants except defendants Chen, Patel, and Marchiano from this action on the Court's docket; and

7. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: __July 29, 2016__                    _____
                                             SENIOR DISTRICT JUDGE