UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:12-cv-1662-AWI-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF Nos. 97, 109) |

Plaintiff, Michael J. Sullivan ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint filed on February 13, 2015, on Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Defendants Chen, Patel, and Marchiano.[1] (ECF No. 57.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations recommending that Plaintiff's Motion for Preliminary Injunction, (ECF No. 97), be denied. (ECF No. 109). The parties were provided an opportunity to file objections to the findings and recommendations within twenty-one days. The twenty-one day period has expired and the parties have not filed any objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

---

[1] Defendant Marchiano has not been located for service and has not yet appeared in this case.

1

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on December 12, 2017 (ECF No. 109) are ADOPTED IN FULL;
2. Plaintiff's Motion for Preliminary Injunction (ECF No. 97) is DENIED.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
SENIOR DISTRICT JUDGE